UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                          Crim. No. 21-157(2) (PAM/ECW)

        Plaintiff,

v.                                                                           **ORDER**

Danny William Gehl, Jr.,

        Defendant.

_____

This matter is before on Defendant Danny William Gehl, Jr.'s Application for a Certificate of Appealability.  (Docket No. 515.)  After the Court declined to issue Gehl a certificate of appealability, he sought one from the Eighth Circuit Court of Appeals.  However, Gehl has not filed a notice of appeal, so the Court of Appeals sent his Application to this Court.  (Docket No. 515-2.)

Accordingly, **IT IS HEREBY ORDERED that** Gehl's Application for a Certificate of Appealability (Docket No. 515) is **DENIED as moot**.

Dated: May 21, 2026                              s/ Paul A. Magnuson
                                           Paul A. Magnuson
                                           United States District Court Judge