UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                  Crim. No. 21-157(2) (PAM/ECW)

Plaintiff,

v.                                                                    **ORDER**

Danny William Gehl, Jr.,

Defendant.

_____

This matter is before the Court on Defendant Danny William Gehl, Jr.'s Motion to Seal.  (Docket No. 520.)  The Court finds that the privacy interests Defendant identifies outweigh the public's interest in access to the sealed, unredacted versions of the documents identified below.  The sealed, unredacted documents contain sensitive medical information concerning Defendant and a nonparty family member, as well as personally identifiable information concerning nonparties.  The Court further finds that Defendant's request is narrowly tailored because Defendant has submitted redacted versions where meaningful redaction is practicable.

Accordingly, **IT IS HEREBY ORDERED that**:

1.      Defendant's Motion to Seal is **GRANTED**;

2.      The following sealed, unredacted documents shall remain under seal and shall be accessible only to the Court, the parties, and counsel of record:

   A.      Docket No. 519: Defendant's Motion and Memorandum for Sentence Reduction Pursuant to 18 U.S.C. § 3582(C)(1)(A);

   B.      Docket No. 519-3: Declaration of Dr. Rachel Sandler Silva (Exhibit 1);

1

C.      Docket No. 519-4: Pre-May 2025 Medical Records of Danny William Gehl, Jr. (Exhibit 2);

D.      Docket No. 519-5: Post-May 2025 Medical Records of Danny William Gehl, Jr. (Exhibit 3);

E.      Docket No. 519-7: Defendant's Letter to Court (Exhibit 5);

F.      Docket No. 519-8: Letter of Support from Robert Hummel (Exhibit 6);

G.      Docket No. 519-9: Letter of Support from Marie Gehl (Exhibit 7);

H.      Docket No. 519-10: Letter of Support from Kristi Rolek (Exhibit 8);

I.      Docket No. 519-11: Letter of Support from Cheryl Short (Exhibit 9);

J.      Docket No. 519-13: BOP Progress Report (Exhibit 11);

K.      Docket No. 519-14: Defendant's Emails to Counsel (Exhibit 12);

L.      Docket No. 519-15: Defendant's Emails to FCI Health Services (Exhibit 13);

M.      Docket No. 519-17: Defendant's Request for Compassionate Release (Exhibit 15);

N.      Docket No. 519-18: Warden's Response to Defendant's Request for Compassionate Release (Exhibit 16);

O.      Docket No. 519-19: Defendant's Supplemental Request for Compassionate Release (Exhibit 17);

P.      Docket No. 519-20: Warden's Response to Defendant's Supplemental Request for Compassionate Release (Exhibit 18); and

Q.      Docket No. 519-22: BOP Educational Records (Exhibit 20);

3.    The Clerk of Court shall unseal the sealed, unredacted documents identified above on February 19, 2036, unless the Court orders otherwise or Defendant files a motion to extend the seal before that date pursuant to Local Rule 49.1(f); and

4.    The Clerk of Court shall unseal the following redacted documents submitted pursuant to Local Rule 49.1(d)(1)(D):

A.      Docket No. 521-2: Redacted Version of Defendant's Motion and Memorandum for Sentence Reduction;

B.      Docket No. 521-3: Redacted Version of Defendant's Letter to Court (Exhibit 5);

C.      Docket No. 521-4: Redacted Version of Letter of Support from Robert Hummel (Exhibit 6);

D.      Docket No. 521-5: Redacted Version of Letter of Support from Cheryl Short (Exhibit 9);

E.      Docket No. 521-6: Redacted Version of BOP Progress Report (Exhibit 11);

F.      Docket No. 521-7: Redacted Version of Defendant's Emails to Counsel (Exhibit 12);

G.      Docket No. 521-8: Redacted Version of Defendant's Emails to FCI Health Services (Exhibit 13);

H.      Docket No. 521-9: Redacted Version of Defendant's Request for Compassionate Release (Exhibit 15);

I.      Docket No. 521-10: Redacted Version of the Warden's Response to Defendant's Request for Compassionate Release (Exhibit 16);

J.      Docket No. 521-11: Redacted Version of Defendant's Supplemental Request for Compassionate Release (Exhibit 17);

K.      Docket No. 521-12: Redacted Version of the Warden's Response to Defendant's Supplemental Request for Compassionate Release (Exhibit 18); and

L.      Docket No. 521-13: Redacted Version of BOP Educational Records (Exhibit 20).

Dated: <u>June 26, 2026</u>                          <u>*s/ Paul A. Magnuson*</u>
                                                 Paul A. Magnuson
                                                 United States District Court Judge