UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                          Crim. No. 21-157(2) (PAM/ECW)

　　　　　　　Plaintiff,

v.                                                                    **ORDER**

Danny William Gehl, Jr.,

　　　　　　　Defendant.

_____

This matter is before the Court on the parties' unopposed Motions for Extensions of Time to respond and reply to Defendant Danny William Gehl, Jr.'s Motion to reduce his sentence.  The Court finds that the extensions are warranted.

Accordingly, **IT IS HEREBY ORDERED that**:

1.　　The Government's Motion (Docket No. 535) is **GRANTED** and the Court considers its response timely received; and

2.　　Defendant's Motion (Docket No. 539) is **GRANTED** and his reply is due on or before August 21, 2026.

Dated:　August 5, 2026                          s/ *Paul A. Magnuson*
　　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　United States District Court Judge